**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **STEPHANIE CANTY,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | **CIVIL ACTION NO:** |
| **v.**   ) | **2:20-cv-00332-SMD** |
| ) | |
| **CITY OF MONTGOMERY, et al,**   ) | |
| ) | |
| **Defendants.**   ) | |
| ) | |

ORDER

It is ORDERED as follows:

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure, to obtain from any health care providers, health plans, or other entities covered by the Health Insurance Portability and Accountability Act of 1996, Pub. 1. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of Plaintiff Eric Peebles, who is a party to this action, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care. This Protective Order is intended to assist the parties to this action, and third parties who receive subpoenas from the parties, to comply with the privacy requirements imposed upon protected health information by HIPAA and regulations promulgated thereto. The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this Protective Order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including copies made), immediately upon conclusion of this action. *See* 45 C.F.R. § 164.521(e).

DONE this 31st day of July, 2020.

                                              /s/ Stephen M. Doyle
                                              UNITED STATES MAGISTRATE JUDGE