IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE CANTY, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | )    Case No. 2:20-cv-332-SMD |
| | ) |
| CITY OF MONTGOMERY, and ERNEST FINLEY JR., in his personal and official capacities, | ) ) ) |
| | ) |
|    Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Stacy L. Bellinger, attorney of record for Defendant City of Montgomery, in the above-styled case and moves this Honorable Court to allow her withdrawal as said attorney of record, and as grounds therefore represents to the Court as follows:

The City of Montgomery has assigned Christopher R. East and Brittany F. Jones as counsel for these defendants.

Respectfully submitted this the 12th day of April, 2021.

                                                       */s/ Stacy L. Bellinger*
                                                       STACY L. BELLINGER (ASB-3470-D63S)
                                                       Attorney for Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 625-2050
Facsimile: (334) 625-2310
sbellinger@montgomeryal.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this the 12th day of April, 2021:

Ashley R. Rhea
Rhea Law LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Telephone: (205) 675-0476
Fax: (205) 623-4985
Email: arhea@rhealawllc.com

                                               */s/ Stacy Bellinger*
                                               OF COUNSEL