IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE CANTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MONTGOMERY, and ERNEST )<br>FINLEY JR., in his personal and official )<br>capacities, )<br>)<br>Defendants. )<br>) | Case No: 2:20-cv-332-SMD |

**DEFENDANTS' CITY OF MONTGOMERY AND CHIEF FINLEY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants move this Honorable Court for summary judgment as the undisputed facts and applicable law show that there is no genuine issue as to any material fact. As moving party, Defendants are entitled to judgment as a matter of law on all of Plaintiff's claims.

In support of the Motion for Summary Judgment, Defendants rely on the following: the Complaint; Defendants' Answers; affidavits; depositions; answers to discovery; disclosure materials on file; the following evidentiary submissions; and Defendants' Memorandum of Law in Support of Summary Judgment:

> Exhibit 1-Investigation Initiation Report;
> Exhibit 2- Investigation Results;
> Exhibit 3- COM Handbook Excerpt 1;
> Exhibit 4- COM Handbook Excerpt 2;
> Exhibit 5- COM Handbook Excerpt 3;
> Exhibit 6- Reassignment/Recommendation of Canty;
> Exhibit 7- Chief of Police Job Description; and
> Exhibit 8- MPD Written Directive on Technology.

<u>Fed. R. Civ. P.</u> Rule 56(c) calls summary judgment proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits,…,show there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 322 (1986).

Count 1 alleges violation of the Due Process Clause of the Fourteenth Amendment of the United States Constitution, specifically a violation of privacy on behalf of Montgomery Police Department (MPD) officers. (Doc 1, para. 21-29). Plaintiff has failed to show that violation of privacy was done by employees of MPD. Plaintiff has failed to offer more than a conclusory allegation to this count. Plaintiff further alleged that the actions alleged were caused by policies and procedures of the City of Montgomery. However, Plaintiff has not shown that any alleged violation was at the direct hands of policy and procedure of the city or its department. Therefore, Defendants are due to be granted Summary Judgment on this count.

Count 2 alleges that Defendant Finley violated her right to privacy by failing to investigate alleged participation of MPD officers in alleged harassment aimed at Plaintiff by her former husband. (Doc. 1, para. 30-33). When MPD was notified of the allegations, MPD referred the allegations to the Office of City Investigations and a proper investigation into the matter was conducted. The investigation found no violations on behalf of the current employees. Therefore, Defendant Finley is due to be granted Summary Judgment on this count.

Count 3 alleges that Defendant Finely outrageously and intentionally inflicted emotional distress by failing to conduct an investigation. (Doc 1, para. 34-40). A Defendant Harris is mentioned in this count, but there was no named party by this identifier. As previously stated, an investigation was conducted by the proper authority and found no violations. Therefore, Defendant Finley is due to be granted Summary Judgment on this count.

For the foregoing reasons argued in the Brief in Support of this Motion, Defendants City of Montgomery and Chief Ernest Finley, Jr. respectfully submit no genuine issue as to any material fact exists entitling each to judgment as a matter of law in their favors. These Defendants move this Honorable Court for summary judgment in their favors.

Respectfully submitted this the 9th day of July, 2021.

/s/ Brittney Jones
BRITTNEY F. JONES (JON192)
ASB 8852C73C
brjones@montgomeryal.gov

OF COUNSEL:
City of Montgomery
103 North Perry Street
Montgomery, Alabama 36104
Telephone: (334) 625-2050
Facsimile: (334) 625-2310

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have mailed a copy of the above and foregoing Notice of Non-Service to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this the 9th day of July, 2021.

Ashley R. Rhea
Rhea Law LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Telephone: (205) 675-0476
Fax: (205) 623-4985
Email: arhea@rhealawllc.com

                                                /s/ Brittney Jones
                                                BRITTNEY F. JONES (JON192)