IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE CANTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-332-SMD |
| | ) | |
| CITY OF MONTGOMERY, and | ) | |
| ERNEST N. FINLEY, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Opinion and Order entered in this case, it is the ORDER, JUDGMENT, and DECREE of the Court that Williams's claims are DISMISSED in their entirety WITH PREJUDICE. It is further ORDERED that each party shall bear its own costs and attorney's fees, and that no costs are taxed.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 9th day of December, 2021.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE